# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRUCE HERNANDEZ GEDDES,**
Appellant,

v.

**CRICKET CLUB TOWNHOMES HOMEOWNERS ASSOCIATION, INC.,**
Appellee.

No. 4D22-585

[October 6, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. CACE20010785.

Bruce Geddes, Lauderhill, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***